No. 97–6827.  GONZALEZ-PORTILLO ET AL. v. UNITED STATES. C. A. 7th Cir.  Certiorari denied.

No. 97–6828.  HENDERSON v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 97–6829.  HARMON v. UNITED STATES; and
No. 97–6839.  THOMAS v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Reported below: 120 F. 3d 564.

No. 97–6830.  RODGERS v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 97–6831.  KNOX v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 97–6832.  REIDT v. UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT.  C. A. 9th Cir.  Certiorari denied.

No. 97–6834.  BLAKENEY v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 97–6840.  TUGWELL v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 97–6841.  WILLIAMS v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 97–6843.  BRYAN v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 97–6844.  SOLANO-GODINES v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 97–6845.  BOUNDS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 97–6848.  BLUE-SKY v. CALIFORNIA DEPARTMENT OF CORRECTIONS ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 97–6852.  ROMAN v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 97–6855.  BERGNE v. GOMEZ, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 9th Cir.  Certiorari denied.